IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GEORGE MOORE,**

    **Plaintiff,**

    vs.                                     Civil Action 2:11-CV-132
                                               Judge Watson
                                               Magistrate Judge King

**WARDEN, PICKAWAY CORRECTIONAL
INSTITUTION, et al.,**

    **Defendants.**

## REPORT AND RECOMMENDATION

On April 19, 2011, this Court directed the United States Marshal Service to effect service of process and gave each defendant forty-five (45) days after service to respond to the *Amended Complaint*. *Initial Screen of the Complaint*, Doc. No. 7. Service of process on the defendant warden was effected on May 4, 2011. *Summons Returned Executed,* Doc. No. 13.[1] An answer was filed on June 20, 2011. *Answer*, Doc. No. 15. This matter is now before the Court on plaintiff's motion for default judgment against defendants. Doc. No. 16.

Defendants' *Answer* was filed within forty-five days, as calculated in accordance with Fed. R. Civ. P. 6, after service of process. It therefore appears that defendants are not in default.

It is therefore **RECOMMENDED** that plaintiff's motion for default judgment be denied.

If any party seeks review by the District Judge of this *Report*

---

[1] Service on defendant Ernie Moore was returned unexecuted. *Id.*

and *Recommendation,* that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto.  28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b).  Response to objections must be filed within fourteen (14) days after being served with a copy thereof.  F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* *See Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

              s/Norah McCann King
              Norah M<sup>c</sup>Cann King
            United States Magistrate Judge

June 27, 2011